In the Matter of NICHOLAS V., Appellant. WYOMING COUNTY ATTORNEY, Respondent. [750 NYS2d 918] —Appeal from an amended order of Family Court, Wyoming County (Griffith, J.), entered March 27, 2000, which granted the petition to adjudicate respondent a person in need of supervision.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Eric O.*, 205 AD2d 878; *see also Matter of Misti Z.*, 300 AD2d 1147). Present—Pigott, Jr., P.J., Pine, Wisner, Kehoe and Burns, JJ.

 In the Matter of Adoption of MISTI BLEU M. and Others, Infants. MARY E.M., Respondent; KELLY H., Appellant. [751 NYS2d 429] —Appeal from an order of Family Court, Steuben County (Bradstreet, J.), entered January 23, 2002, which adjudged that respondent has abandoned her children and ordered that respondent's consent is not required in the adoption proceeding.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Steuben County, Bradstreet, J. Present—Pigott, Jr., P.J., Pine, Wisner, Kehoe and Burns, JJ.